FRANCIS M. KELLEHER, Appellant, v. JOHN McQUADE, Respondent.— In an action for money loaned by plaintiff to defendant, order of Appellate Term modified by striking out the words following " upon the law " and by inserting in place thereof the words " and a new trial ordered." As so modified, the order is affirmed, with costs in all courts to abide the event. In the interests of justice plaintiff should be afforded an opportunity to adduce the evidentiary detail of his proof, in the light of which defendant's contentions may then be assayed. Carswell, Adel and Close, JJ., concur; Hagarty and Taylor, JJ., dissent and vote to affirm.

LOUIS S. MIDLER, as Assignee for the Benefit of Creditors, Respondent, v. FANNIE EISENBERG and Others, Defendants, and NATHAN H. HERMAN and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— The appeal is from an order granting plaintiff's motions to strike out the first and second defenses contained in the answers of the appealing defendants and to direct an examination before trial, and denying the cross-motion of the appealing defendants for an order directing a reply to their answers. Order affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.